## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Cynthia  D. Wingert-Hartman        **BK NO. 24-00954 HWV**
        Jason  R. Hartman

              **Debtor(s)**        **Chapter 7**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

            Respectfully submitted,

/s/ *Denise Carlon*

PA Middle BK
23 May 2024, 18:01:37, EDT

         KML Law Group, P.C.
         BNY Mellon Independence Center
         701 Market Street, Suite 5000
         Philadelphia, PA  19106
         215-627-1322