United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Jason R. Hartman  
Cynthia D. Wingert-Hartman  
    Debtors

Case No. 24-00954-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: AutoDocke     Page 1 of 2  
Date Rcvd: Jul 24, 2024     Form ID: 318     Total Noticed: 21

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jason R. Hartman, Cynthia D. Wingert-Hartman, PO Box 76, Fort Loudon, PA 17224-0076 |
| 5611004 | | Legendary Pine, PO Box 650026, Dallas, TX 75265-0026 |
| 5611006 | + | MDJ Jody C. Eyer, 20 Veterans Way, Mercersburg, PA 17236-1203 |
| 5611014 | | WellSpan Health, PO Box 645734, Cincinnati, OH 45264-5734 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5610995 | | EDI: CAPITALONE.COM | Jul 24 2024 22:39:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 5610996 | | EDI: SYNC | Jul 24 2024 22:39:00 | Care Credit, PO Box 981439, El Paso, TX 79998-1439 |
| 5610999 | | EDI: CITICORP | Jul 24 2024 22:39:00 | Citibank (P), PO Box 790034, Saint Louis, MO 63179-0034 |
| 5611000 | + | EDI: SYNC | Jul 24 2024 22:39:00 | Dick's Sporting Goods, 4125 Windward Plaza, Alpharetta, GA 30005-8738 |
| 5611001 | | EDI: DISCOVER | Jul 24 2024 22:39:00 | Discover (P), PO Box 3025, New Albany, OH 43054-3025 |
| 5611002 | + | Email/Text: bankruptcy@fultonbank.com | Jul 24 2024 18:37:00 | Fulton Bank of New Jersey, PO Box 4887, Lancaster, PA 17604-4887 |
| 5611003 | | EDI: IRS.COM | Jul 24 2024 22:39:00 | Internal Revenue Service (P), Centralized Insolvency Operations, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5610998 | | EDI: JPMORGANCHASE | Jul 24 2024 22:39:00 | Chase (P), Bankruptcy Mail Intake Team, 700 Kansas Lane Floor 01, Monroe, LA 71203-4774 |
| 5610997 | | EDI: JPMORGANCHASE | Jul 24 2024 22:39:00 | Chase (P), Bankruptcy Mail lIntake Team, 700 Kansas Lane Floor 01, Monroe, LA 71203-4774 |
| 5611005 | | EDI: SYNC | Jul 24 2024 22:39:00 | Lowe's, c/o Synchrony Bank, PO Box 965004, Orlando, FL 32896-5004 |
| 5611007 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 24 2024 18:37:00 | Mr. Cooper, PO Box 650783, Dallas, TX 75265-0783 |
| 5611010 | | Email/Text: bkrgeneric@penfed.org | Jul 24 2024 18:37:00 | Pentagon Federal Credit Union, PO Box 1432, Alexandria, VA 22313 |
| 5611008 | ^ | MEBN | Jul 24 2024 18:35:14 | Patenaude & Felix, A.P.C. (P), 2400 Ansys Drive, Suite 402-B, Canonsburg, PA 15317-0403 |
| 5611009 | + | Email/Text: bankruptcy@patriotfcu.org | Jul 24 2024 18:37:00 | Patriot Federal Credit Union, 800 Wayne Avenue, |

| | | | | |
|---|---|---|---|---|
| 5611011 | + | Email/Text: ngisupport@radiusgs.com | Jul 24 2024 18:37:00 | Chambersburg, PA 17201-3810<br>Radius Global Solutions, PO Box 390905, Minneapolis, MN 55439-0905 |
| 5611012 | | Email/Text: CashAuditDG@ulta.com | Jul 24 2024 18:37:00 | Ulta, PO Box650964, Dallas, TX 75265-0964 |
| 5611013 | + | EDI: WFFC2 | Jul 24 2024 22:39:00 | Wells Fargo, PO Box 1697, Winterville, NC 28590-1697 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2024         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amy L. Owen | on behalf of Debtor 1 Jason R. Hartman amy@thesnyderlawoffice.com shannon@thesnyderlawoffice.com |
| Amy L. Owen | on behalf of Debtor 2 Cynthia D. Wingert-Hartman amy@thesnyderlawoffice.com shannon@thesnyderlawoffice.com |
| Denise E. Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Steven M. Carr | stevecarr8@comcast.net pa31@ecfcbis.com;debclick@comcast.net;jessmacek1@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jason R. Hartman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9828<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Cynthia D. Wingert–Hartman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5361<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:24–bk–00954–HWV | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Jason R. Hartman                                   Cynthia D. Wingert–Hartman

7/24/24

**By the court:** *Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318 **Order of Discharge** page 2